JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

```
----------------------------------x
                                  :
IN RE: BISPHOSPHONATE DRUGS       :
(AREDIA, ZOMETA, FOSAMAX AND      :      MDL Docket No. _____
ACTONEL) PRODUCTS LIABILITY       :
LITIGATION                        :
                                  :
----------------------------------x
```

### MOTION

Pursuant to Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("Panel"), plaintiff Margaret Cartelli ("Plaintiff") moves the Panel for transfer pursuant to 28 U.S.C. § 1407(a) of all products liability actions pending in federal district court involving the following prescription medications Aredia, Zometa, Fosamax and Actonel to the United States District Court for the Eastern District of New York or the United States District Court for the Southern District of New York, Manhattan Branch, for coordinated or consolidated

**OFFICIAL FILE COPY**
**IMAGED** JAN 27 2006

pretrial proceedings.  In support of her motion, Plaintiff submits the accompanying papers:

1.   Motion;

2.   Memorandum of Law in Support of Motion For Multidistrict Transfer;

3.   Affidavit of Russel H. Beatie sworn to on January 11, 2006;

4.   Schedule of Actions for Transfer; and

5.   Notice of Designation of Attorney to Receive Service.


Dated:  New York, New York
        January 11, 2006


                    BEATIE AND OSBORN LLP


            By: _Russel H. Beatie_____
                Russel H. Beatie (RB 4439)
                Daniel A. Osborn
                Philip J. Miller
                521 Fifth Avenue, Suite 3400
                New York, New York  10175
                Telephone:  (212) 888-9000
                Facsimile:  (212) 888-9664

                THE POWELL LAW FIRM, L.C.
                269 South Beverly Drive
                Suite 1156
                Beverly Hills, California 90212
                Telephone: (888) 238-1998
                Facsimile: (310) 388-1570

LAW OFFICES OF JEFFREY C. BOGERT
501 Colorado Boulevard
Suite 208
Santa Monica, California 90401
Telephone: (310) 395-5025
Facsimile: (310) 395-5071

*Attorneys For Plaintiff*
 Margaret Cartelli

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 7 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

```
------------------------------------x
                                     :     MDL Docket No. _____
IN RE: BISPHOSPHONATE DRUGS          :
(AREDIA, ZOMETA, FOSAMAX AND         :
ACTONEL) PRODUCTS LIABILITY          :
LITIGATION                           :
                                     :
------------------------------------x
```

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR MULTIDISTRICT TRANSFER

Margaret Cartelli ("Plaintiff") submits this memorandum of law in support of her motion, pursuant to 28 U.S.C. § 1407(a), for transfer of all multidistrict products liability actions involving the prescription medications Aredia, Zometa, Fosamax and Actonel, all bisphosphonates, to a single federal district court

for coordinated or consolidated pretrial proceedings.[1]  The motion
should be granted because the actions share common factual
questions, including questions relating to: (1) the defendants'
development, testing, manufacturing and marketing of the drugs, (2)
defendants' knowledge of the alleged adverse effects of the drugs,
and (3) causation of the side effects.  In addition, transfer would
serve the convenience of the parties and witnesses and would
promote the just and efficient conduct of the actions.

Plaintiff recommends that these actions be transferred to
the United States District Court for the Eastern District of New
York or the Southern District of New York, Manhattan Branch.

## FACTS

There are at least twenty-nine actions pending before
four   federal  district  courts  alleging  that  the  plaintiffs
developed osteonecrosis of the jaw as a result of being given or
taking Aredia, Zometa, Fosamax and/or Actonel.  (See accompanying
Affidavit of Russel H. Beatie sworn to on January 11, 2006 ("Beatie
Aff."),  ¶  6.)   Defendants  in  these  actions  are  Novartis

---

[1]     The  following  twenty-three  plaintiffs  support  this
motion: John Bartoli, Zena Biocca, Burdette Burt, Patsy Carter,
Jack Cuthbert, Suzanne Dengel, Gary Fry, Shirley Grizzle, Elaine
Guilbeau, Ramon Harrison, Margaret "Peggy" Harth, Michel Hendrix,
Glenn Hiller, Linda Johnson, Victor Kalily, Mindy Knopf, Nancy
Radin, Helen Shrum, Gary Stevens, Punnose K. Thomas, Charles
Ulatowski, Linda Wallace and Jacqueline Wilson.

Pharmaceuticals Corporation ("Novartis"), Merck & Co., Inc. ("Merck"), Procter & Gamble Pharmaceuticals, Inc. ("P&GP") and Aventis Pharmaceuticals, Inc. ("Aventis") (also, collectively, "defendants"). (Beatie Aff. ¶ 7.) The majority of these cases are pending against Novartis. (Beatie Aff. ¶ 7.)

All four drugs are in a class of prescription medications called bisphosphonates. (Beatie Aff. ¶ 8.) Aredia and Zometa are manufactured by Novartis and were approved by the United States Food and Drug Administration ("FDA") for treatment of hypercalcemia and bone matastases. (Beatie Aff. ¶ 9.) Fosamax is manufactured by Merck, and Actonel is manufactured by P&GP and Aventis; both were approved by the FDA for treatment of osteoporosis. (Beatie Aff. ¶ 10.)

Plaintiffs in these actions reside throughout the United States, but at least six of the plaintiffs reside in the vicinity of New York City.[2] (Beatie Aff. ¶ 12.) No other concentration of

---

[2] There are fourteen cases pending in the United States District Court for the Southern District of New York and ten pending in the Eastern District. Although many of these actions could, and perhaps should, have been filed in other districts, and many may be susceptible to a motion to change venue, plaintiffs filed in these two courts in an effort to minimize, or at least centralize, the time and effort necessary to transfer these cases in the event that this Panel grants this motion. Plaintiffs did not file in a single court because they did not want to appear to have usurped the Panel's authority and predetermined the transferee court. Although plaintiff recommends two courts, all twenty-four

plaintiffs exist.  Novartis', Merck's and Aventis' principal places of business are in New Jersey.  (Beatie Aff. ¶ 15.)   P&GP's principal place of business is in Ohio.  (Beatie Aff. ¶ 15.)  The physicians who have published the most extensive medical articles and collected the largest groups of patients for treatment practice in the New York metropolitan area and in Florida.  (Beatie Aff. ¶ 16.)

### ARGUMENT

Pursuant to 28 U.S.C. § 1407(a):

When civil actions <u>involving one or more common questions of fact</u> are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings.  Such transfers shall be made by the judicial panel on multidistrict litigation . . . upon its determination that <u>the transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions</u>.

(Emphasis added).  <u>See also</u>, <u>In re Eli Lilly & Co. "Oraflex" Prods. Liab. Litig.</u>, 578 F. Supp. 422, 423 (J.P.M.L. 1984); <u>In re Rely Tampon Prods. Liab. Litig.</u>, 533 F. Supp. 1346, 1347 (J.P.M.L. 1982); <u>In re Sears, Roebuck & Co. Employment Practices Litig.</u>, 487 F. Supp. 1362, 1363 (J.P.M.L. 1980); <u>In re Drowning Incident at Quality Inn Northeast, Wash., D.C., on May 3, 1974</u>, 405 F. Supp.

---

plaintiffs are  prepared to litigate in any court before any judge this Panel deems appropriate.

1304, 1306 (J.P.M.L. 1976); and In re Ivy, 901 F.2d 7, 9 (2d Cir. 1990).

The litigant seeking a multidistrict transfer bears the burden of establishing that these criteria are satisfied. In re Chiropractic Antitrust Litig., 483 F. Supp. 811, 813 (J.P.M.L. 1980); In re Drowning Incident, 405 F. Supp. at 1306; In re Chiropractic Antitrust Litig., 483 F. Supp. 811, 813 (J.P.M.L. 1980); see 28 U.S.C. § 1407(a). As explained below, the civil actions subject to this motion satisfy the Section 1407 criteria.

This Panel has routinely ordered Section 1407 transfer in multidistrict product liability actions involving drug products, often over the objections of one or more parties. See e.g. In re Bextra and Celebrex Prods. Liab. Litig., 391 F.Supp.2d 1377 (J.P.M.L. 2005); In re Vioxx Prods. Liab. Litig., 360 F.Supp.2d 1352 (J.P.M.L. 2005); In re Accutane Prods. Liab. Litig., 343 F.Supp.2d 1382 (J.P.M.L. 2004); In re Ephedra Prods. Liab. Litig., Docket No. 1598 (J.P.M.L. Apr. 13, 2004); In re Zyprexa Prods. Liab. Litig., 314 F.Supp.2d 1380 (J.P.M.L. 2004); In re Paxil Prods. Liab. Litig., 296 F.Supp.2d 1374 (J.P.M.L. 2003); In re Prempro Prods. Liab. Litig., 254 F.Supp.2d 1366 (J.P.M.L. 2003); In re Meridia Prods. Liab. Litig., 217 F.Supp.2d 1377 (J.P.M.L. 2002); In re Serzone Prods. Liab. Litig., 217 F.Supp.2d 1372 (J.P.M.L. 2002); In re Baycol Prods. Liab. Litig., 180 F.Supp.2d 1378

(J.P.M.L. 2001); <u>In re Phenylpropanolamine Prods. Liab. Litig.</u>, 173
F.Supp.2d 1377 (J.P.M.L. 2001); <u>In re Diet Drugs (Phentermine,
Fenfluramine, Dexfenfluramine) Prods. Liab. Litig.</u>, 990 F.Supp. 834
(J.P.M.L. 1998); <u>In re Richardson-Merrell Inc. "Bendectin" Prods.
Liab. Litig.</u>, 533 F.Supp. 489 (J.P.M.L. 1982); <u>In re the UpJohn Co.
Antibiotic "Cleocin" Prods. Liab. Litig.</u>, 450 F.Supp. 1168
(J.P.M.L. 1978).

POINT I

<u>COMMON QUESTIONS OF FACT EXIST</u>

These cases all involve allegations that the plaintiff
developed osteonecrosis of the jaw after being prescribed one or
more of the bisphosphonate drugs, Aredia, Zometa, Fosamax or
Actonel.  The cases share common questions of fact relating to
defendants' development, testing, and marketing of the drugs,
defendants' knowledge of the adverse reactions to the drugs, the
performance and the characteristics of the active bisphosphonate
component, and causation of the side effects.  Common questions of
fact like these have been found sufficient to warrant section 1407
treatment in other drug products cases.  Multidistrict transfer
under "Section 1407 does not require a complete identity or even a
majority of common factual and legal issues as a prerequisite to
centralization."  <u>In re Phenylpropanolamine</u>, 173 F.Supp.2d at 1379
(J.P.M.L. 2001).  <u>See also In re Accutane</u>, 343 F.Supp.2d at1383

-6-

(J.P.M.L. 2004).   In fact, in <u>In re Phenylpropanolamine</u> there were "differences among the actions in terms of named defendants, specific products involved, legal theories of recovery, status as class actions, and/or types of injury alleged."   173 F.Supp. at 1379.

In <u>In re Accutane Prods. Liab. Litig.</u>, 343 F.Supp.2d 1382 (J.P.M.L. 2004), cases involving allegations that plaintiffs were injured by Accutane, a drug approved for the treatment of severe recalcitrant nodular acne, the Panel ordered all related cases transferred to one district court.   The Panel found that the actions "present complex common questions of fact concerning, inter alia, I) the development, testing, manufacturing and marketing of Accutane, and ii) defendants' knowledge concerning the drug's possible adverse effects."  343 F.Supp.2d at 1383.  <u>See also In re Prempro Prods. Liab. Litig.</u>, 254 F.Supp.2d 1366 (J.P.M.L. 2003).

Similarly, in <u>In re Zyprexa Prods. Liab. Litig.</u>, 314 F.Supp.2d 1380 (J.P.M.L. 2004), the Panel ordered multidistrict treatment for cases involving Zyprexa, a drug used in treating schizophrenia.   The Panel found "common questions of fact" because all cases shared allegations "concerning the safety of Zyprexa." 314 F.Supp.2d at 1381.  <u>See also In re Phenylpropanolamine Prods. Liab. Litig.</u>, 173 F.Supp.2d 1377 (J.P.M.L. 2001).

The common questions identified in this memorandum are sufficient to justify a multidistrict transfer of all cases alleging personal injury, *i.e.*, osteonecrosis of the jaw, caused by Aredia, Zometa, Fosamax and/or Actonel.

**POINT II**

**CONVENIENCE AND JUST
AND EFFICIENT CONDUCT**

Transfer of these multidistrict actions to a single court would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the actions. A multidistrict transfer would streamline discovery by making one round of discovery good for all plaintiffs suing the same defendant. Because the cases involve the same drugs, manufacturers and injury, significant duplication of discovery would be avoided if the Panel granted transfer.

In virtually all the multidistrict drug products liability actions that had centralized pretrial proceedings, the Panel found that a Section 1407 transfer would avoid repetitious and duplicative discovery, avoid inconsistent pretrial rulings, and conserve resources. See, e.g., In re Bextra and Celebrex, 391 F.Supp.2d 1377; In re Vioxx, 360 F.Supp.2d at 1354; In re Ephedra, Docket No. 1598 at 2; In re Paxil, 296 F.Supp.2d at 1375. The Panel also found that "[t]ransfer under Section 1407 has the

-8-

salutary effect of placing all actions before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues . . .; and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties." See, e.g., In re Bextra and Celebrex, 391 F.Supp.2d 1377; In re Vioxx, 360 F.Supp.2d at 1354; In re Ephedra, Docket No. 1598 at 2.

### POINT III

### TRANSFER TO NEW YORK IS APPROPRIATE

Although "no district stands out as the geographic focal point for this nationwide docket," at least six plaintiffs reside in the New York metropolitan area or near it. Moreover, all defendants do business in New York and three of four defendants' principal places of business are in the New York metropolitan area, i.e., New Jersey.

In choosing a transferee court the Panel appears to prefer jurists experienced in complex multidistrict litigation (in this case preferably drug products liability litigation), a district with a courthouse in a major metropolitan area, and a district where at least one of the constituent actions is pending. See In re Vioxx, 360 F.Supp.2d at 1354; In re Accutane, 343

-9-

F.Supp.2d at 1383-34; <u>In re Baycol</u>, 180 F.Supp.2d at 1380.  These factors favor transfer to the Eastern or Southern District of New York.

The Eastern and Southern Districts of New York have many judges with experience and expertise in multidistrict litigation and, particularly, products liability cases.  Both districts are easily reached by all forms of transportation.  New York City has three major airports and is easily accessible by train and automobile.  Plaintiff resides in the eastern district of New York. The physicians with the most identifiable expertise in the relationship between osteonecrosis of the jaw and the bisphosphonate drug maintain their offices at major hospitals in New York City, Long Island, and Florida.

## CONCLUSION

For the reasons set forth in this memorandum and the accompanying Affidavit, the Judicial Panel should grant Plaintiff Margaret Cartelli's motion for a transfer of these multidistrict actions pursuant to 28 U.S.C. § 1407(a) and the transferee court should be the United States District Court for the Eastern District of New York or the Southern District of New York, Manhattan Branch.

Dated:  New York, New York
        January 11, 2006

                        BEATIE AND OSBORN LLP


                        By: _Russel H. Beatie_
                        Russel H. Beatie (RB 4439)
                        Daniel A. Osborn
                        Philip J. Miller
                        521 Fifth Avenue, Suite 3400
                        New York, New York  10175
                        Telephone:  (212) 888-9000
                        Facsimile:  (212) 888-9664

                        THE POWELL LAW FIRM, L.C.
                        269 S. Beverly Dr., Suite 1156
                        Beverly Hills, California 90212
                        Telephone: (888) 238-1998
                        Facsimile: (310) 388-1570

                        LAW OFFICES OF JEFFREY C. BOGERT
                        501 Colorado Blvd., Suite 208
                        Santa Monica, California 90401
                        Telephone: (310) 395-5025
                        Facsimile: (310) 395-5071

                        Attorneys For Plaintiff
                         Margaret Cartelli

-11-

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 7 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

------------------------------------x
                                    :
IN RE: BISPHOSPHONATE DRUGS         :
(AREDIA, ZOMETA, FOSAMAX AND        :        MDL Docket No. _____
ACTONEL) PRODUCTS LIABILITY         :
LITIGATION                          :
                                    :
------------------------------------x


REVISED SCHEDULE OF FEDERAL COURT ACTIONS FOR TRANSFER

Pursuant to Rule 7.2 of the Rules of Procedure of the
Judicial Panel on Multidistrict Litigation Under 28 U.S.C. § 1407,
movant Margaret Cartelli sets forth the following revised schedule
of actions she seeks for transfer pursuant to 28 U.S.C. § 1407(a):

1. *Margaret Cartelli v. Novartis Pharmaceuticals
   Corporation*; Case No. 06CV0191 (E.D.N.Y.) (Townes,
   J.);

RECEIVED
CLERK'S OFFICE
2006 JAN 25  A 10: 09
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2.   *John    Bartoli    v.    Novartis    Pharmaceuticals Corporation*; Case No. 06CV0189 (E.D.N.Y.) (Block, J.);

3.   *Zena    Biocca    v.    Novartis    Pharmaceuticals Corporation*; Case No. 06CV0170 (E.D.N.Y.) (Trager, J.);

4.   *Burdette    Burt    v.    Novartis    Pharmaceuticals Corporation and Merck & Co., Inc.*; Case No. 06CV0368 (S.D.N.Y.) (Keenan, J.);

5.   *Patsy    Carter    v.    Novartis    Pharmaceuticals Corporation*; Case No. 06CV0367 (S.D.N.Y.) (Keenan, J.);

6.   *Jack    Cuthbert    v.    Novartis    Pharmaceuticals Corporation and Merck & Co., Inc.*; Case No. 06CV0387 (S.D.N.Y.) (Keenan, J.);

7.   *Suzanne Dengel v. Merck & Co., Inc.*; Case No. 06CV0372 (S.D.N.Y.) (Keenan, J.);

8.   *Gary Fry v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0370 (S.D.N.Y.) (Keenan, J.);

9.   *Shirley A. Grizzle v. Merck & Co., Inc.*; Case No. 06CV0366 (S.D.N.Y.) (Keenan, J.);

10. *Elaine Guilbeau v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0192 (E.D.N.Y.) (Amon, J.);

11. *Ramon Harrison v. Merck & Co., Inc.*; Case No. 06CV0365 (S.D.N.Y.) (Keenan, J.);

12. *Margaret "Peggy" Harth v. Merck & Co., Inc.*; Case No. 06CV0361 (S.D.N.Y.) (Keenan, J.);

13. *Michel Hendrix v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0194 (E.D.N.Y.) (Irizarry, J.);

14. *Glenn Hiller v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0195 (E.D.N.Y.) (Amon, J.);

15. *Linda Johnson v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0176 (E.D.N.Y.) (Ross, J.);

16. *Victor Kalily v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0196 (E.D.N.Y.) (Irizarry, J.);

17. *Mindy Knopf v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0188 (E.D.N.Y.) (Sifton, J.);

18. *Punnose K. Thomas v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0199 (E.D.N.Y.) (Amon, J.);

19. *Nancy Radin v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0364 (S.D.N.Y.) (Keenan, J.);

20. *Helen E. Shrum v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0363 (S.D.N.Y.) (Keenan, J.);

21. *Gary Stevens v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0374 (S.D.N.Y.) (Keenan, J.);

22. *Charles Ulatowski v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0373 (S.D.N.Y.) (Keenan, J.);

23. *Linda Wallace v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0371 (S.D.N.Y.) (Keenan, J.);

24. *Jacqueline Wilson v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0369 (S.D.N.Y.) (Keenan, J.); and

25. *Linda Ingram, Individually and as Surviving Spouse of Rick Ingram, Deceased v. Novartis Pharmaceutical*

*Corporation*, Case No. 05CV00913 (W.D. Ok.) (Leonard, J.);

26. *Angela Wood, Bobby Lynn Montgomery, Victor Brown, Suzanne Strakhov, Debra Thompson, Karen Evers, Eula Mae McDaniel, Randy Woollard, Mary Blumenshine and Jacob Landesman v. Novartis Pharmaceutical Corporation*, Case No. 05CV00716 (M.D. TN.) (Nashville) (Campbell, C.J.);

27. *Gwendolyn Wolfe, Trent Nichols, Sarah Raber, Carol Smith and Carolyn Lopreato v. Merck & Co., Inc.*, Case No. 05CV00717 (M.D. TN.) (Nashville) (Campbell, C.J.);

28. *Terry Anderson, Abbie Bowden, Marsha Brown, Francis Jo Calloway, Betty Foster, Carol Hill, Sally McCleery, Donna Olson, Sam Orozco, James Patton, Sally, Reinardy, Fred Fragomenli, Donald Arbuckle, Marie Talley and Brenda Melching v. Novartis Pharmaceutical Corporation*, Case No. 05CV00718 (M.D. TN.) (Nashville) (Campbell, C.J.);

29. *Susan Becker, Angelina Casali, Susan Eberhart, Edwin Melau, Elizabeth Miller, Corina Maria Roman, George Tracy, Denise White, Alison Williams, James Kennedy, Phyllis Newman, Addolorata Ruso and Otilia*

*Zinger v. Novartis Pharmaceutical Corporation*, Case No. 05CV00719 (M.D. TN.) (Nashville) (Campbell, C.J.);

30. *Lena Simmons v. Procter & Gamble Pharmaceuticals, Inc. and Aventis Pharmaceuticals, Inc.*; Case No. 06CV0454 (S.D.N.Y.) (Keenan, J.);

31. *Loretta Gee v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0257 (E.D.N.Y.) (Trager, J.);

32. *Runette Champion v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0258 (E.D.N.Y.) (Trager, J.);

33. *Mayra Martinez v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0259 (E.D.N.Y.) (Trager, J.);

34. *Karlene Hogan, Surviving Spouse and Executor of the Estate of Timothy Hogan, Deceased v. Novartis Pharmaceuticals Corporation*; Case No. 06CV0260 (E.D.N.Y.) (Trager, J.); and

35. *Arlene    Perkins    v.    Novartis    Pharmaceuticals Corporation*; Case No. 06CV0261 (E.D.N.Y.) (Trager, J.).


Dated:  New York, New York
        January 24,. 2006


                          BEATIE AND OSBORN LLP


                  By:     _____
                          Russel H. Beatie (RB 4439)
                          Daniel A. Osborn (DO 2809)
                          Philip J. Miller (PM 1149)
                          521 Fifth Avenue, Suite 3400
                          New York, New York  10175
                          Telephone:  (212) 888-9000
                          Facsimile:  (212) 888-9664

                          THE POWELL LAW FIRM, L.C.
                          269 South Beverly Drive
                          Suite 1156
                          Beverly Hills, California 90212
                          Telephone: (888) 238-1998
                          Facsimile: (310) 388-1570

                          LAW OFFICES OF JEFFREY C. BOGERT
                          501 Colorado Boulevard
                          Suite 208
                          Santa Monica, California 90401
                          Telephone: (310) 395-5025
                          Facsimile: (310) 395-5071

                          *Attorneys For Movant*
                           Margaret Cartelli

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 7 2006

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

```
------------------------------------x
                                    :
IN RE: BISPHOSPHONATE DRUGS         :
(AREDIA, ZOMETA, FOSAMAX AND        :       MDL Docket No. _____
ACTONEL) PRODUCTS LIABILITY         :
LITIGATION                          :
                                    :
------------------------------------x
```

**NOTICE OF DESIGNATION OF**
**ATTORNEY TO RECEIVE SERVICE**

TO THE CLERK OF THE PANEL:

        PLEASE TAKE NOTICE that, pursuant to Rule 5.2(c) of the

Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, movant Margaret Cartelli, by her attorneys, Beatie and

Osborn LLP, The Powell Law Firm, and the Law Offices of Jeffrey C.

Bogert, designate Russel H. Beatie of the law firm of Beatie and

Osborn LLP, 521 Fifth Avenue, 34th Floor, New York, New York 10175,

as her attorney to receive service of all pleadings, notices,

orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation.

Dated:  New York, New York
        January 11, 2006

                              BEATIE AND OSBORN LLP


                         By: *Russel H. Beatie*
                              Russel H. Beatie (RB 4439)
                              Daniel A. Osborn
                              Philip J. Miller
                              521 Fifth Avenue, Suite 3400
                              New York, New York  10175
                              Telephone:  (212) 888-9000
                              Facsimile:  (212) 888-9664

                              THE POWELL LAW FIRM, L.C.
                              269 South Beverly Drive
                              Suite 1156
                              Beverly Hills, California 90212
                              Telephone: (888) 238-1998
                              Facsimile: (310) 388-1570

                              LAW OFFICES OF JEFFREY C. BOGERT
                              501 Colorado Boulevard
                              Suite 208
                              Santa Monica, California 90401
                              Telephone: (310) 395-5025
                              Facsimile: (310) 395-5071

                              *Attorneys For Plaintiff*
                               Margaret Cartelli

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 7 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

---------------------------------x
                                   :

IN RE: BISPHOSPHONATE DRUGS      :    MDL Docket No. _____

(AREDIA, ZOMETA, FOSAMAX AND   :

ACTONEL) PRODUCTS LIABILITY     :    **PLAINTIFFS' AVERMENTS**

LITIGATION                       :    **OF FACT**

                                   :

---------------------------------x

Margaret Cartelli ("Plaintiff") avers the following facts in support of her motion for transfer all multidistrict products liability actions pending in federal district court involving the following prescription medications Aredia, Zometa, Fosamax and Actonel:

1.   At least twenty-nine actions are pending alleging that the plaintiffs developed osteonecrosis of the jaw as a result of being given or taking Aredia, Zometa, Fosamax and/or Actonel before four federal district courts.

2.   Defendants in these actions are Novartis Pharmaceuticals Corporation ("Novartis"), Merck & Co., Inc.,

("Merck"), Procter & Gamble Pharmaceuticals, Inc. ("P&GP") and Aventis Pharmaceuticals, Inc. ("Aventis") (also, collectively, "defendants").  The majority of these cases name Novartis as a defendant.

3.  All four drugs are in a class of prescription medications called bisphosphonates:  Aredia, Zometa, Fosamax, and Actonel.

4.  Aredia and Zometa are manufactured by Novartis and were approved by the United States Food and Drug Administration ("FDA") for treatment of hypercalcemia and bone metastasis.

5.  Fosamax is manufactured by Merck, and Actonel is manufactured by P&GP and Aventis; both were approved by the FDA for treatment of osteoporosis.

6.  Plaintiffs in these actions reside throughout the United States, but six plaintiffs reside in the vicinity of New York City (plaintiff Margaret Cartelli resides in the eastern district of New York).

7.  Novartis', Merck's and Aventis' principal places of business are in New Jersey.  P&GP's principal place of business is in Ohio.

8.  The physicians who have published the most extensive medical articles and collected the largest groups of patients for

treatment practice in the New York metropolitan area and in Florida.


Dated:  New York, New York
        January 11, 2006


                        BEATIE AND OSBORN LLP


                   By: _Russel H. Beatie_____
                        Russel H. Beatie (RB 4439)
                        Daniel A. Osborn
                        Philip J. Miller
                        521 Fifth Avenue, Suite 3400
                        New York, New York  10175
                        Telephone:  (212) 888-9000
                        Facsimile:  (212) 888-9664

                        THE POWELL LAW FIRM, L.C.
                        269 South Beverly Drive
                        Suite 1156
                        Beverly Hills, California 90212
                        Telephone: (888) 238-1998
                        Facsimile: (310) 388-1570

                        LAW OFFICES OF JEFFREY C. BOGERT
                        501 Colorado Boulevard
                        Suite 208
                        Santa Monica, California 90401
                        Telephone: (310) 395-5025
                        Facsimile: (310) 395-5071

                        Attorneys For Plaintiff
                         Margaret Cartelli


                              -3-

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 7 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

-----------------------------------x
                               :

IN RE: BISPHOSPHONATE DRUGS    :
(AREDIA, ZOMETA, FOSAMAX AND   :    MDL Docket No. _____
ACTONEL) PRODUCTS LIABILITY    :
LITIGATION                          :

                               :
-----------------------------------x

## AFFIDAVIT

STATE OF NEW YORK    }
                   :ss.
COUNTY OF NEW YORK  }

      RUSSEL H. BEATIE, being duly sworn, deposes and says:

      1.   I am an attorney duly admitted to practice in the courts of the State of New York; am admitted in various United States district courts (five in all) including the Southern and Eastern Districts of New York, eight Courts of Appeals and the United States Supreme Court; am a member of the firm of Beatie and Osborn LLP; and am attorney for plaintiffs in these actions.

2.   I make this affidavit in support of plaintiff Margaret Cartelli's ("Plaintiff") motion, pursuant to 28 U.S.C. § 1407, for transfer of all products liability actions pending in federal district courts involving the prescription medications Aredia, Zometa, Fosamax and Actonel, all bisphosphonates, to a single federal district court for coordinated or consolidated pretrial proceedings.

3.   I make this affidavit on the basis of my personal knowledge, my participation in the events described in it, the files in my office, and my investigation of the facts relating to the claims in this multidistrict litigation.

4.   The Panel should grant this motion because the actions share common factual questions, including questions relating to: (1) the defendants' development, testing, manufacturing and marketing of the drugs, (2) defendants' knowledge of the alleged adverse effects of the drugs, and (3) causation of the side effects.

5.   In addition, transfer would serve the convenience of the parties and witnesses and would promote the just and efficient conduct of the actions because the vast bulk of the voluminous scientific discovery would occur only once.

6.   At least twenty-nine actions are pending alleging that the plaintiffs developed osteonecrosis of the jaw as a result

of being given or taking Aredia, Zometa, Fosamax and/or Actonel before four federal district courts.

7.   Defendants in these actions are Novartis Pharmaceuticals Corporation ("Novartis"), Merck & Co., Inc. ("Merck"), Procter & Gamble Pharmaceuticals, Inc. ("P&GP") and Aventis Pharmaceuticals, Inc. ("Aventis") (also, collectively, "defendants").   The majority of these cases name Novartis as a defendant.

8.   All four drugs are in a class of prescription medications called bisphosphonates:  Aredia, Zometa, Fosamax, and Actonel.

9.   Aredia and Zometa are manufactured by Novartis and were approved by the United States Food and Drug Administration ("FDA") for treatment of hypercalcemia and bone metastasis.

10.   Fosamax is manufactured by Merck, and Actonel is manufactured by P&GP and Aventis; both were approved by the FDA for treatment of osteoporosis.

11.   The transferee court should be the United States District Court for the Eastern District of New York or the Southern District of New York, Manhattan Branch.

12.   There are fourteen cases pending in the United States District Court for the Southern District of New York and ten pending in the Eastern District.   Plaintiffs in these actions

reside throughout the United States, but six plaintiffs reside in the vicinity of New York City (plaintiff Margaret Cartelli resides in the Eastern district of New York).  No other concentration of plaintiffs exist.

13.  Although many of the actions in the Eastern and Southern districts of New York could, and perhaps should, have been filed in other districts, and many may be susceptible to a motion to change venue, plaintiffs filed in these two courts in an effort to minimize, or at least centralize, the time and effort necessary to transfer these cases in the event that this Panel grants this motion.

14.  Plaintiffs in the Eastern and Southern districts of New York did not file in a single court because they did not want to appear to have usurped the Panel's authority and predetermined the transferee court.  Although plaintiff recommends two courts, the plaintiffs in the Eastern and Southern districts of New York are prepared to litigate in any court before any judge this Panel deems appropriate.

15.  Novartis', Merck's and Aventis' principal places of business are in New Jersey.  P&GP's principal place of business is in Ohio.  All defendants do business in New York.

16.  The physicians who have published the most extensive medical articles and collected the largest groups of patients for

-4-

treatment practice in the New York metropolitan area and in Florida.

17.   The Eastern and Southern Districts of New York have many judges with experience and expertise in multidistrict litigation and, particularly, mass tort complex products liability cases.

18.   The Eastern and Southern Districts of New York are easily reached by all forms of transportation.  New York City has three major airports and is easily accessible by train and automobile.

Russel H. Beatie

Sworn to before me this
11th day of January, 2006.

Esther Rosa

Notary Public

ESTHER ROSA
Notary Public, State of New York
No. 01RO6055778
Qualified in Queens County
Commission Expires March 5, 20 07

-5-

BEATIE AND OSBORN LLP

521 FIFTH AVENUE
NEW YORK, NEW YORK 10175

RUSSEL H. BEATIE
DANIEL A. OSBORN
PHILIP J. MILLER
CURT D. MARSHALL
MATTHEW P. HEISKELL
CHRISTOPHER J. MARINO

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2006

FILED
CLERK'S OFFICE

TELEPHONE
212-888-9000

FACSIMILE
212-888-9664

E-MAIL: clientrelations@bandolaw.com

WEB SITE: www.bandolaw.com

January 24, 2006

**BY FEDERAL EXPRESS**

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C.  20002-8004

Attention: Cathy Maida

Re:  In re: Bisphosphonate Drugs (Aredia,
     Zometa, Fosamax and Actonel) Products
     Liability Litigation

Dear Ms. Maida:

On behalf of the movant in the above-referenced motion for transfer, and pursuant to our telephone conversation last Friday, I have enclosed for filing one original, four copies and a computer generated disk copy of the Revised Schedule of Federal Court Actions For Transfer.  Also enclosed is one original Second Proof of Service.

As I mentioned last week, we submitted the motion for transfer on behalf of one plaintiff, Margaret Cartelli, to simplify the motion papers.  Beatie and Osborn, however, also represents the following twenty-nine additional plaintiffs, each of whom supports and/or joins in the motion:

John Bartoli, Zena Biocca, Burdette Burt, Patsy Carter, Jack Cuthbert,

Clerk of the Panel
January 24, 2006
Page 2

Suzanne Dengel, Gary Fry, Shirley A. Grizzle, Elaine Guilbeau, Ramon Harrison, Margaret "Peggy" Harth, Michel Hendrix, Glenn Hiller, Linda Johnson, Victor Kalily, Mindy Knopf, Punnose K. Thomas, Nancy Radin, Helen E. Shrum, Gary Stevens, Charles Ulatowski, Linda Wallace, Jacqueline Wilson, Lena Simmons, Loretta Gee, Runette Champion, Mayra Martinez, Karlene Hogan, and Arlene Perkins.

If you have any questions, or need any additional documents or information, please call me at (212) 546-0114.

Respectfully,

Philip J. Miller

Enclosures

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

-----------------------------------x
                                    :
IN RE: BISPHOSPHONATE DRUGS         :
(AREDIA, ZOMETA, FOSAMAX AND        :      MDL Docket No. _____
ACTONEL) PRODUCTS LIABILITY         :
LITIGATION                          :
                                    x
-----------------------------------

### SECOND PROOF OF SERVICE

STATE OF NEW YORK    }
                      :ss.
COUNTY OF NEW YORK   }


        The undersigned, being duly sworn, deposes and says that
he is over the age of 18 years and is not a party to this action.

        That he served and/or filed the within **REVISED SCHEDULE
OF FEDERAL COURT ACTIONS FOR TRANSFER** on the following persons
and/or entities on the dates and manner noted:

        Clerk of Court
        United States Courthouse
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York 11201
        [01/24/06 by hand or ECF]

2006 JAN 25  A 10: 10
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Clerk of Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007
[01/24/06 by hand or ECF]

Clerk of Court
United States Courthouse
Western District of Oklahoma
200 NW 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
[01/24/06 by regular mail]

Clerk of Court
United States Courthouse
Middle District of Tennessee
801 Broadway
Nashville, Tennessee 37203
[01/24/06 by regular mail]

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080
     *Defendant*
[01/24/06 by regular mail]

Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889-0100
     *Defendant*
[01/24/06 by regular mail]

Donald W. Fowler
Joe G. Hollingsworth
Katharine R. Latimer
Robert E. Johnson
Spriggs & Hollingsworth
1350 I Street NW, 9th Floor
Washington, D.C. 20005
     *Representing  defendant  Novartis  Pharmaceutical
     Corporation*
[01/24/06 by regular mail]

Richard M. Eldridge
Thomas E. Steichen
Vani R. Singhal
Eldridge Cooper Steichen & Leach PLLC
P.O. Box 3556
Tulsa, Oklahoma 74101-3566
    *Representing defendant Novartis Pharmaceutical*
    *Corporation*
[01/24/06 by regular mail]

Andrew L. Colocotronis
Yanika C. Smith
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
900 South Gay Street
2200 Riverview Tower
Knoxville, Tennessee 37902
    *Representing defendant Novartis Pharmaceutical*
    *Corporation*
[01/24/06 by regular mail]

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2100
Nashville, Tennessee 37219
    *Representing defendant Merck & Co., Inc.*
[01/24/06 by regular mail]

Jeffrey W. Hightower, Jr.
Law Office of Windle Turley PC
6440 N. Central Expressway, Suite 1000
Dallas, Texas 75206
    *Representing plaintiff Linda Ingram*
[01/24/06 by regular mail]

John M. Merritt
Michael M. Blue
Shannon C. Smith
Merritt & Associates PC
101 Park Avenue, Suite 200
Oklahoma City, Oklahoma 73102
    *Representing plaintiff Linda Ingram*
[01/24/06 by regular mail]

Andy L. Allman
Clinton L. Kelly
Fred Dulin Kelly
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
    *Representing plaintiffs Angela Wood, Bobby Lynn Montgomery, Victor Brown, Suzanne Strakhov, Debra Thompson, Karen Evers, Eula Mae McDaniel, Randy Woollard, Mary Blumenshine, Jacob Landesman, Susan Becker, Angelina Casali, Susan Eberhart, Edwin Melau, Elizabeth Miller, Corina Maria Roman, George Tracy, Denise White, Alison Williams, James Kennedy, Phyllis Newman, Addolorata Ruso Otilia Zinger, Terry Anderson, Abbie Bowden, Marsha Brown, Francis Jo Calloway, Betty Foster, Carol Hill, Sally McCleery, Donna Olson, Sam Orozco, James Patton, Sally, Reinardy, Fred Fragomenli, Donald Arbuckle, Marie Talley, Brenda Melching, Gwendolyn Wolfe, Trent Nichols, Sarah Raber, Carol Smith and Carolyn Lopreato*
[01/24/06 by regular mail]

Charles Patrick Flynn
Michael K. Radford
Flynn & Radford
320 Seven Springs Way, Suite 150
Brentwood, TN 37027
    *Representing plaintiffs Angela Wood, Bobby Lynn Montgomery, Victor Brown, Suzanne Strakhov, Debra Thompson, Karen Evers, Eula Mae McDaniel, Randy Woollard, Mary Blumenshine, Jacob Landesman, Susan Becker, Angelina Casali, Susan Eberhart, Edwin Melau, Elizabeth Miller, Corina Maria Roman, George Tracy, Denise White, Alison Williams, James Kennedy, Phyllis Newman, Addolorata Ruso Otilia Zinger, Terry Anderson, Abbie Bowden, Marsha Brown, Francis Jo Calloway, Betty Foster, Carol Hill, Sally McCleery, Donna Olson, Sam Orozco, James Patton, Sally, Reinardy, Fred Fragomenli, Donald Arbuckle, Marie Talley, Brenda Melching, Gwendolyn Wolfe, Trent Nichols, Sarah Raber, Carol Smith and Carolyn Lopreato*
[01/24/06 by regular mail]

Crymes G. Pittman
Joseph E. Roberts, Jr.
Robert G. Germany
Pittman, Germany, Roberts & Welsh, LLP
410 S President Street
Jackson, MS 39201
    *Representing plaintiffs Angela Wood, Bobby Lynn
    Montgomery, Victor Brown, Suzanne Strakhov, Debra
    Thompson, Karen Evers, Eula Mae McDaniel, Randy
    Woollard, Mary Blumenshine, Jacob Landesman, Susan
    Becker, Angelina Casali, Susan Eberhart, Edwin
    Melau, Elizabeth Miller, Corina Maria Roman, George
    Tracy, Denise White, Alison Williams, James
    Kennedy, Phyllis Newman, Addolorata Ruso Otilia
    Zinger, Terry Anderson, Abbie Bowden, Marsha Brown,
    Francis Jo Calloway, Betty Foster, Carol Hill,
    Sally McCleery, Donna Olson, Sam Orozco, James
    Patton, Sally, Reinardy, Fred Fragomenli, Donald
    Arbuckle, Marie Talley, Brenda Melching, Gwendolyn
    Wolfe, Trent Nichols, Sarah Raber, Carol Smith and
    Carolyn Lopreato*
[01/24/06 by regular mail]


John O. Threadgill
Threadgill Law Firm
9724 Kingston Pike, Suite 701
Knoxville, TN 37922
    *Representing plaintiffs Angela Wood, Bobby Lynn
    Montgomery, Victor Brown, Suzanne Strakhov, Debra
    Thompson, Karen Evers, Eula Mae McDaniel, Randy
    Woollard, Mary Blumenshine, Jacob Landesman, Susan
    Becker, Angelina Casali, Susan Eberhart, Edwin
    Melau, Elizabeth Miller, Corina Maria Roman, George
    Tracy, Denise White, Alison Williams, James
    Kennedy, Phyllis Newman, Addolorata Ruso Otilia
    Zinger, Terry Anderson, Abbie Bowden, Marsha Brown,
    Francis Jo Calloway, Betty Foster, Carol Hill,
    Sally McCleery, Donna Olson, Sam Orozco, James
    Patton, Sally, Reinardy, Fred Fragomenli, Donald
    Arbuckle, Marie Talley, Brenda Melching, Gwendolyn
    Wolfe, Trent Nichols, Sarah Raber, Carol Smith and
    Carolyn Lopreato*
[01/24/06 by regular mail]

the addresses having been designated by those attorneys and District Courts for that purpose, by causing to be deposited a true copy of the paper, securely enclosed in a postage pre-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service.

Counsel for movant Margaret Cartelli also represent the following plaintiffs in the Southern and Eastern Districts of New York:

John Bartoli, Zena Biocca, Burdette Burt, Patsy Carter, Jack Cuthbert, Suzanne Dengel, Gary Fry, Shirley A. Grizzle, Elaine Guilbeau, Ramon Harrison, Margaret "Peggy" Harth, Michel Hendrix, Glenn Hiller, Linda Johnson, Victor Kalily, Mindy Knopf, Punnose K. Thomas, Nancy Radin, Helen E. Shrum, Gary Stevens, Charles Ulatowski, Linda Wallace, Jacqueline Wilson, Lena Simmons, Loretta Gee, Runette Champion, Mayra Martinez, Karlene Hogan, and Arlene Perkins.

_____
Benjamin Coleman

Sworn to before me this
24th day of January, 2006

_____
Notary Public

PHILIP J. MILLER
Notary Public, State of New York
No. 02MI6091384
Qualified in Kings County
Commission Expires April 28, 2007

-6-

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 27 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

```
---------------------------------x
                                 :
IN RE: BISPHOSPHONATE DRUGS      :
(AREDIA, ZOMETA, FOSAMAX AND     :      MDL Docket No. _____
ACTONEL) PRODUCTS LIABILITY      :
LITIGATION                       :
                                 :
---------------------------------x
```

### THIRD PROOF OF SERVICE

```
STATE OF NEW YORK    }
                     :ss.
COUNTY OF NEW YORK   }
```

The undersigned, being duly sworn, deposes and says that he is over the age of 18 years and is not a party to this action.

That he served the within **MOTION; REVISED SCHEDULE OF ACTIONS FOR TRANSFER; MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR MULTIDISTRICT TRANSFER; AFFIDAVIT OF RUSSEL H. BEATIE SWORN TO ON JANUARY 11, 2006; and NOTICE OF DESIGNATION OF ATTORNEY TO RECEIVE SERVICE** on the following persons and/or entities on the dates and manner noted:

Aventis Pharmaceuticals, Inc.
Legal Department
200 Crossing Boulevard
Bridgewater, New Jersey 08807
    *Defendant*
[01/24/06 by regular mail]

RECEIVED
CLERK'S OFFICE
2006 JAN 25 A 10: 10
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Procter & Gamble Pharmaceuticals, Inc.
Legal Department
One Proctor Gamble Plaza
Cincinnati, Ohio 45202-3393
        *Defendant*
[01/24/06 by regular mail]

the addresses having been designated by those companies for that purpose, by causing to be deposited a true copy of the papers, securely enclosed in a postage pre-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service.

_____
        Benjamin Coleman

Sworn to before me this
24th day of January, 2006

_____
        Notary Public

PHILIP J. MILLER
Notary Public, State of New York
No. 02MI6091384
Qualified in Kings County
Commission Expires April 28, 20 0 7

-2-