MDL 1760

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF TENNESSEE

MDL-1760 -- IN RE BISPHOSPHONATE DRUGS PRODUCTS LIABILITY LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Middle District of Tennessee hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Todd J. Campbell for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

*Todd Campbell*
Chief Judge

Date: 4-11-06

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004**

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

**OFFICIAL FILE COPY**

IMAGED APR 1 8 2006